ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JOSE LUIS CASTILLO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE LUIS CASTILLO-GUTIERREZ, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.  1:12-CR-00336 AWI <br><br> **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the setting before Judge Ishii for entry of plea and sentencing be continued from November 5, 2012 to November 19, 2012 before the Honorable Anthony W. Ishii.

The additional time requested is needed due to the fact that defense counsel's in court appearances, on October 31, 2012, lasted extensively longer than anticipated.  By the time defense counsel completed his court appearances and was able to travel to the courthouse to meet with Mr. Castillo at the United States Marshal's Office, the bus transporting inmates back to the Lerdo facility had departed.

The additional time will allow defense counsel to meet with Mr. Castillo to review the plea memorandum in order that this matter may be finally resolved under the Fast-Track Program on November 19, 2012.

The parties also agree that any delay resulting from this continuance shall

1

be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  November 1, 2012         /s/ Andrew L. Gradman
                                 ANDREW L. GRADMAN
                                 Assistant United States Attorney
                                 **This was agreed to by Mr. Gradman via email on October 31, 2012**

DATED:  November 1, 2012         /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 JOSE LUIS CASTILLO-GUTIERREZ

IT IS SO ORDERED.

Dated:   November 1, 2012        _____
                                 UNITED STATES DISTRICT JUDGE